# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133970

DONA HIAR,
      Plaintiff-Appellant,

v

                                       SC: 133970
                                       COA: 274247
                                       Emmet CC: 03-007699-NO

BOB STRONG, STRONG LANDSCAPING &
EXCAVATING, INC.,
      Defendants-Appellees,
and

TOWNSHIP OF BLISS,
      Defendant.

_____/

      On order of the Court, the application for leave to appeal the April 26, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007                            _____
                                             Clerk

t0830